ROBERT A. WEISSMAN v. BOARD OF TRUSTEES, POLICE
AND FIREMEN'S RETIREMENT SYSTEM.

November 1, 1988.

Petition for certification denied.